**Sam F. LONG, Appellant,**

v.

**Jacqueline D. LONG, Respondent.**

**No. WD 44445.**

Missouri Court of Appeals, Western District.

Jan. 28, 1992.

Motion for Rehearing and /or Transfer to Supreme Court Denied March 3, 1992.

John J. Hager, Kansas City, for appellant.

Joseph H. Moore, Kansas City, for respondent.

Before BERREY, P.J., and ULRICH and HANNA, JJ.

## ORDER

PER CURIAM.

Appellant appeals from the decree of dissolution, disputing the division of property.

Judgment affirmed. Rule 84.16(b).